JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| EDGAR ORLANDO RODRIGUEZ<br><br>Plaintiff,<br>v.<br><br>FORD MOTOR COMPANY, a Delaware Corporation; CENTRAL FORD AUTOMOTIVE, INC., a California Corporation dba CENTRAL FORD; and DOES 1 through 10, inclusive<br><br>Defendants | Case No.: 2:19-cv-00918-JFW-JEMx<br><br>(Removed from Superior Court of California, County of Los Angeles, Case No. 19STCV00166)<br><br>ORDER GRANTING JOINT STIPULATION TO REMAND PLAINTIFFS' CASE TO CALIFORNIA SUPERIOR COURT |
|---|---|

## ORDER

BASED ON THE PARTIES' STIPULATION AND GOOD CAUSE APPEARING THEREFORE, this Court hereby remands this matter to the California Superior Court, County of Los Angeles.

IT IS SO ORDERED.

DATED: May 31, 2019

_____
HONORABLE JOHN F. WALTER,
UNITED STATES DISTRICT JUDGE